IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19-CR-29 |
| vs. | |
| LEONARID DAN, | ORDER |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation on a Guilty Plea, Filing 49, recommending that the Court accept Defendant's plea of guilty. There are no objections to the findings and recommendation. The Court notes there is no plea agreement between the parties in this case. Pursuant to 28 U.S.C. §636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation of the Magistrate Judge.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation on a Guilty Plea, Filing 49, are adopted;

2. The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea;

3. This case shall proceed to sentencing.

Dated this 29th day of May, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge